UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

June 26, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

VALENTIN AGUILAR RANGEL (A-246-058-797),

Petitioner,

v.

KRISTI NOEM, et al,

Respondents.

No.  1:26-cv-0084 DAD CSK

**MINUTE ORDER**

Petitioner, an immigration detainee proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner paid the filing fee. Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On January 9, 2026, the district court granted petitioner's motion for temporary restraining order and ordered respondents to provide petitioner with a bond hearing. (ECF No. 8.)  On June 25, 2026, the district court granted petitioner's motion for preliminary injunction, and ordered the same relief granted in the January 9, 2026 order, and referred the matter to the undersigned for further proceedings.  (ECF No. 15.)

Respondents filed a motion to dismiss the petition.  (ECF No. 7.)  Petitioner is granted seven days to file an opposition, and respondents may file a reply seven days thereafter.

Accordingly, IT IS HEREBY ORDERED that:

1.  Petitioner is granted seven days to file an opposition to respondents' motion to dismiss (ECF No. 7).

2.  Respondents may file a reply within seven days of the filing of the opposition.